B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Western District of Kentucky
Case No. <u>11–51235</u>
Chapter 7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gordon Keith Borst
  278 Golden Pond Avenue
  Oak Grove, KY 42262

Social Security / Individual Taxpayer ID No.:
  xxx–xx–9002

Employer Tax ID / Other No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                            BY THE COURT

Dated: <u>4/3/12</u>                                         <u>Thomas H. Fulton</u>
                                                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                      Case No. 11-51235-thf
Gordon Keith Borst                                                          Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-5          User: admin          Page 1 of 2          Date Rcvd: Apr 03, 2012
                              Form ID: 213         Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2012.
db           +Gordon Keith Borst,   278 Golden Pond Avenue,    Oak Grove, KY 42262-9103
4821021      +First Federal Savings Bank,    P.O. Box 14130,   Evansville, IN 47728-6130
4821025      +PHH Mortgage Corporation,    2001 Bishops Gate Blvd.,   Mount Laurel, NJ 08054-4604
4821028      +US Bank RMS,   205 West 4th Street,   Cincinnati, OH 45202-4824
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: QDBSIMON.COM Apr 03 2012 19:33:00      Deborah B. Simon,   U.S. Bank Building,
               333 Broadway, Suite 607,    Paducah, KY  42001-0720
cr           +EDI: RECOVERYCORP.COM Apr 03 2012 19:38:00      Recovery Management Systems Corporation,
               25 SE 2nd Ave Ste 1120,   Miami, Fl 33131-1605
4821017       EDI: CBSAAFES.COM Apr 03 2012 19:38:00      AAFES,   P.O. Box 650410,   Dallas, TX 75265-0410
4821018      +E-mail/Text: Bankruptcy@airforcefcu.com Apr 03 2012 19:58:12      Air Force Credit Union,
               1560 Cable Ranch Road,   Suite 200,   San Antonio, TX 78245-2143
4821019      +EDI: CREDPROT.COM Apr 03 2012 19:33:00      Credit Protection Associates,    13355 Noel Road,
               Suite 2100,   Dallas, TX 75240-6837
4821020       EDI: DISCOVER.COM Apr 03 2012 19:33:00      Discover Financial Services LLC,   P.O. Box 15316,
               Wilmington, DE 19850-5316
4821022      +EDI: HFC.COM Apr 03 2012 19:38:00      HSBC Polaris,   P.O. Box 5253,
               Carol Stream, IL 60197-5253
4821023       EDI: IRS.COM Apr 03 2012 19:38:00      Internal Revenue Service,
               Centralized Insolvency Operation,    Bankruptcy Notices,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
4821024      +E-mail/Text: ebnsterling@weltman.com Apr 03 2012 19:56:46      Kay Jewelers,   375 Ghent Road,
               Akron, OH 44333-4600
4832077       EDI: RECOVERYCORP.COM Apr 03 2012 19:38:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
4821026       EDI: AISTMBL.COM Apr 03 2012 19:38:00      T-Mobile,   P.O. Box 53410,   Bellevue, WA 98015-3410
4821027       EDI: USBANKARS.COM Apr 03 2012 19:33:00      US Bank NA,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201-5229
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2012                 Signature:    _/s/ Joseph Speetjens_

```
District/off: 0644-5          User: admin              Page 2 of 2              Date Rcvd: Apr 03, 2012
                              Form ID: 213             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2012 at the address(es) listed below:
              Deborah B. Simon    trustee@dbsimonlaw.com,  dsimon@ecf.epiqsystems.com;admin@dbsimonlaw.com
              Joseph J. Golden    ustpregion08.lo.ecf@usdoj.gov
              Robert E. Ison    on behalf of Debtor Gordon Borst bison@kihtlaw.com,
               bluttrull@kihtlaw.com;tcoombs@kihtlaw.com
                                                                                             TOTAL: 3
```